IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| T.F., an Individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-01526 |
| | ) |
| BB ST. LOUIS, LLC, d/b/a WENDY'S, | ) |
| a Foreign Limited Liability Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BB ST. LOUIS, LLC**

Pursuant Federal Rule of Civil Procedure 7.1, counsel of record for Defendant BB St. Louis, LLC discloses that BB St. Louis does not have a parent corporation, and no publicly held company holds 10% or more of its stock.

    /s/ Julie Z. Devine
Stephen L. Beimdiek        #32745MO
Julie Z. Devine            #58268MO
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939/Telephone
(314) 621-6844/Fax
sbeim@lashlybaer.com
jdevine@lashlybaer.com

Attorneys for Defendant
BB St. Louis, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of October, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was mailed, via First Class U.S. Mail, postage prepaid, to: Cyrus Dashtaki, Esq. (cyrus@dashtaki.com), Dashtaki Law Firm, LLC, 5205 Hampton Avenue, St. Louis, Missouri 63109, Attorneys for Plaintiff.

    /s/ Julie Z. Devine