IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| T.F., an Individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-01526-SRW |
| | ) |
| BB ST. LOUIS, LLC, d/b/a WENDY'S, | ) |
| a Foreign Limited Liability Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MANNA, INC.

Pursuant Federal Rule of Civil Procedure 7.1, counsel of record for Defendant Manna, Inc. discloses that Manna, Inc. does not have a parent corporation, and no publicly held company holds 10% or more of its stock.

                                                                     */s/  Julie Z. Devine*

| | |
|---|---|
| Stephen L. Beimdiek | #32745MO |
| Julie Z. Devine | #58268MO |

LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939/Telephone
(314) 621-6844/Fax
sbeim@lashlybaer.com
jdevine@lashlybaer.com

Attorneys for Defendants
BB St. Louis, LLC and Manna, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of October, 2020, the foregoing was electronically filed with the Clerk of the Court and served upon all counsel of record using the CM/ECF system, and a copy was mailed, via First Class U.S. Mail, postage prepaid, to: Leon Demetrius Durham, 8668 Brittany Town Place, Hazelwood, Missouri 63042, Defendant.

                                                                     */s/  Julie Z. Devine*