UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| T.F., | ) |
|     Plaintiff(s), | ) |
| v. | ) No. 4:20-CV-01526-SRW |
| BB ST. LOUIS, LLC, et al., | ) |
|     Defendant(s). | ) |

## **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Stephen R. Welby to District Judge Ronnie L. White.

| | |
|---|---|
| November 12, 2020 | *Gregory J. Linhares*       / |
| Date | Clerk of Court |
| | By:  /s/ Kelley Shirley          / |
| | KELLEY SHIRLEY |
| | Deputy Clerk |

**In all future documents filed with the Court, please use the following case number: 4:20-CV-01526-RLW**